# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Joe Louis Hampton,

       Petitioner,

vs.

United States of America,

       Respondent.

JUDGMENT IN A CIVIL CASE

3:07-cv-497-02

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 3/7/2008 Order.

Signed: March 7, 2008

Frank G. Johns, Clerk
United States District Court